**FILED**
April 02, 2014
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>HOWARD B. "JACK" CAHN, )<br>)<br>Defendant. ) | Case No. 2:14-mj-00077-EFB<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release, HOWARD B. "JACK: CAHN, Case No. 2:14-mj-00077-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

\_\_\_   Release on Personal Recognizance

_X_   Bail Posted in the Sum of: $150,000.00

   _X_   Unsecured Appearance Bond

   \_\_\_   Secured Appearance Bond

   _X_   (Other) Conditions as stated on the record.

   _X_   (Other) The defendant is ordered to appear on 04/14/14 at 2:00 pm in the Western District of Michigan.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at _Sacramento, CA_ on _04/02/2014_ at _2:45 p.m_.

By _____
Edmund F. Brennan
United States Magistrate Judge